Document Number Case Number
07-C-0159-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
07/06/2007 04:05:45 PM CDT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JACQUELINE JOHNSON,

        Plaintiff,

    v.

                                              Case No. 07-C-159-C

THE PROCTOR & GAMBLE CO., et al.,

        Defendants.

---

**NOTICE OF MULTIDISTRICT CONSOLIDATION,
CONDITIONAL TRANSFER, AND REQUEST FOR CONTINUED STAY**

---

To:    All Counsel of Record

PLEASE TAKE NOTICE THAT, on June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey (attached hereto as Exhibit A). On June 28, 2007, the JPML issued a Conditional Transfer Order, conditionally transferring this case to the MDL, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (attached hereto as Exhibit B).

In light of the likely imminent transfer of this case, Menu Foods Income Fund and Menu Foods, Inc., request that the current stay of proceedings remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

Dated this 6th day of July, 2007.

QUARLES & BRADY LLP

_____s/ Matthew J. Duchemin_____
DONALD K. SCHOTT
State Bar No. 1010075
MATTHEW J. DUCHEMIN
State Bar No. 1027594
33 East Main Street, Suite 900
Madison, WI 53703
Phone:  608.251.5000
Fax:  608.251.9166

Attorneys for Menu Foods Income Fund and
Menu Foods, Inc.

# Exhibit A

Document Number Case Number
017                    07-C-0159-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
06/22/2007 04:45:05 PM CDT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 9 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1850*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

## BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of thirteen actions listed on the attached Schedule A and pending in eight districts as follows: five actions in the Western District of Washington; two actions in the Western District of Arkansas; and one action each in the Central District of California, the District of Connecticut, the Southern District of Florida, the Northern District of Illinois, the District of New Jersey, and the Eastern District of Tennessee. Before the Panel are three motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all of these actions.[1] All responding parties agree that centralization is appropriate, but differ regarding the most appropriate transferee district for this litigation. In favor of the District of New Jersey as transferee district are moving Central District of California and Southern District of Florida plaintiffs and plaintiffs in the District of Connecticut, the District of New Jersey, and three of the Western District of Washington actions before the Panel, as well as plaintiffs in fourteen potentially related actions. Plaintiffs in two of the five Western District of Washington actions move for centralization in the Western District of Washington; plaintiffs in the Eastern District of Tennessee action support centralization there; and plaintiffs in the other three Western District of Washington actions alternatively support centralization there. In favor of the Western District of Arkansas as transferee district are plaintiffs in the two Western District of Arkansas actions and the Northern District of Illinois action, and plaintiffs in six potentially related actions. Plaintiffs in two potentially related District of New Jersey actions alternatively support centralization in the Western District of Arkansas. Supporting the Northern District of Illinois as transferee district are all responding defendants, including Menu Foods, Inc., and its related entities, and plaintiffs in one potentially related action. In favor of the Central District of California as transferee district are plaintiffs in nine potentially related actions. Finally, plaintiff in a potentially related Northern District of Ohio action suggests centralization in the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this

---

* Judge Miller did not participate in the decision of this matter.

[1] The Panel has been notified of 97 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All actions stem from the recall of pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products.  Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Although several districts could be described as an appropriate transferee forum for this nationwide litigation, we are persuaded to select the District of New Jersey.  Pretrial proceedings are advancing well there and about one-third of all pending actions are already in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Noel L. Hillman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

<u>MDL-1850 -- In re Pet Food Products Liability Litigation</u>

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457

# Exhibit B

06/28/2007 14:48 FAX 2025022888          JPML                                    ☑002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1850

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
### DOCKET NO. 1850
### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                **CASE CAPTION**

ARKANSAS EASTERN
ARE 4 07-376          Scott Stacey, et al. v. Nestle SA, et al.

ARKANSAS WESTERN
ARW 4 07-4036         Kirby Cooper v. Menu Foods Income Fund, et al.
ARW 5 07-5065         Sandra L. Gray, et al. v. Menu Foods, et al.

CALIFORNIA CENTRAL
CAC 2 07-1987         Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
CAC 2 07-2060         Dawn Howe v. Menu Foods Ltd., et al.
CAC 2 07-2253         Lois Grady, et al. v. Menu Foods Income Fund, et al.
CAC 2 07-2338         Kelly Finestone v. Menu Foods, Inc., et al.
CAC 2 07-2476         Richard Chamberlain v. Nestle SA, et al.
CAC 2 07-2779         Ken Wahl, et al. v. Menu Foods Income Fund, et al.
CAC 2 07-2964         Jayne Englander, et al. v. Menu Foods Income Fund, et al.
CAC 5 07-398          Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

CALIFORNIA EASTERN
CAE 2 07-654          Cheryl Carver v. Del Monte Foods Co., et al.

CALIFORNIA NORTHERN
CAN 3 07-1809         Sherry Ingles v. Menu Foods, Inc., et al.
CAN 3 07-2665         Diane Lowery v. Menu Foods Income Fund, et al.

CALIFORNIA SOUTHERN
CAS 3 07-705          Robert Payne, et al. v. Menu Foods, Inc., et al.
CAS 3 07-706          Diane Swarberg v. Menu Foods Holding, Inc., et al.
CAS 3 07-734          Hayley Ford, et al. v. Menu Foods Income Fund, et al.
CAS 3 07-951          John Colliard v. Menu Foods, Inc., et al.

COLORADO
CO 1 07-736           Emily Tompkins v. Menu Foods Midwest Corp., et al.

FLORIDA MIDDLE
FLM 2 07-235          Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
FLM 6 07-803          George Birney, et al. v. Menu Foods, Inc.

FLORIDA SOUTHERN
FLS 1 07-20955        Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

IDAHO
ID 1 07-160           Larry Klimes, et al. v. Menu Foods

ILLINOIS NORTHERN
ILN 1 07-2162         Heather Amro v. Menu Foods Income Fund, et al.
ILN 1 07-2183         Gary Bruski v. Menu Foods, Inc., et al.
ILN 1 07-2211         Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
ILN 1 07-2237         Sonja Foxe v. Menu Foods, Inc., et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                 PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MASSACHUSETTS** | |
| MA  1  07-10745 | Lidia Rodrigues v. Menu Foods, Inc., et al. |
| MA  1  07-10797 | Megan Connerton, et al. v. Menu Foods Midwest Corp., et al. |
| **MAINE** | |
| ME  2  07-54 | Mara Brazilian v. Menu Foods Income Fund, et al. |
| **MINNESOTA** | |
| MN  0  07-1808 | Stephanie Rozman v. Menu Foods Midwest Corp., et al. |
| MN  0  07-2108 | Wendy Krosschell v. Menu Foods Income Fund, et al. |
| **MISSOURI WESTERN** | |
| MOW  3  07-5041 | Richard Schwinger v. Menu Foods, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  5  07-105 | Sarah Cavin v. Menu Foods, et al. |
| **NEVADA** | |
| NV  2  07-686 | Maragaret Picus v. Wal-Mart Stores, Inc., et al. |
| NV  3  07-159 | Marion Streczyn v. Menu Foods, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  07-3236 | Mark Cashman, et al. v. Menu Foods Midwest Corp., et al. |
| **OHIO NORTHERN** | |
| OHN  1  07-1018 | Gregory Boehm v. Menu Foods, Inc., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM  1  07-929 | Dixie Keller v. Menu Foods Ltd., et al. |
| **RHODE ISLAND** | |
| RI  1  07-115 | Carol Brown v. Menu Foods, Inc., et al. |
| **TENNESSEE EASTERN** | |
| TNE  3  07-98 | Barbara Light v. Menu Foods Income Fund |
| **WASHINGTON WESTERN** | |
| WAW  2  07-575 | Laura Migliore v. Menu Foods |
| WAW  2  07-576 | Gail Moran v. Menu Foods |
| WAW  2  07-577 | Sheryl Puett v. Menu Foods |
| WAW  2  07-634 | Daniel Ray Reeves v. Menu Foods |
| WAW  2  07-666 | Sheree A. Robinson v. Menu Foods |
| WAW  2  07-667 | Phyllis A. Ullman v. Menu Foods |
| WAW  2  07-668 | Elizabeth Palmer v. Menu Foods |
| WAW  2  07-669 | Jason Labbate v. Menu Foods |
| WAW  2  07-670 | Megan Whitt v. Menu Foods |
| WAW  2  07-684 | Linda Weitz v. Menu Foods |
| WAW  2  07-685 | Michelle Adams v. Menu Foods |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
|---|---|
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |